**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 310 MAL 2017

                Respondent         :

                               :   Petition for Allowance of Appeal from
                               :   the Order of the Superior Court
        v.                      :

                               :

JUAN PABLO VAZQUEZ,              :

                Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.